# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA BOEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 3:17-cv-00731-JPG-CJP |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

Plaintiff Lisa Boey has filed a motion to dismiss her case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 12.) That rule allows a plaintiff to dismiss their action before the opposing party has either served an answer or filed a motion for summary judgment. Boey has met the requirements of that rule, so the Court **GRANTS** Boey's motion and **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATE: AUGUST 23, 2018**

                                                                                 **s/** *J. Phil Gilbert*
                                                                                  **J. PHIL GILBERT**
                                                                                  **DISTRICT JUDGE**